UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

KEVIS WHITE,

    Petitioner,

v.

WARDEN OF USP MCCREARY,

    Respondent.

Civil Action No. 6: 25-164-KKC

**MEMORANDUM OPINION AND ORDER**

\*\*\* \*\*\* \*\*\* \*\*\*

On September 12, 2025, and while confined at the United States Penitentiary in Pine Knot, Kentucky, federal inmate Kevis White filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* [R. 1]  Specifically, White challenged the Bureau of Prisons' calculation of his sentence and its failure to release him to community confinement. *See id*.  He simultaneously filed a motion seeking a temporary restraining order or preliminary injunction compelling the BOP to transfer him to a residential re-entry center. *See* [R. 2]  White did not pay the required filing fee.

Two weeks after he filed his petition, the BOP transferred White from incarceration to a residential reentry center near Atlanta, Georgia. *See* "Find an Inmate," https://www.bop.gov/inmateloc/ (accessed December 8, 2025).  Because White has obtained the relief he sought, his petition is moot.  *Cf. Lowary v. Lexington Local Bd. of Educ.*, 854 F.2d 131, 133 (6th Cir. 1988) ("If a party has already obtained all the relief sought on appeal, the case is moot and must be dismissed."); *United States v. Haskins*, 872 F.2d 1029 (6th Cir. 1989) (affirming denial of prisoner's motion to reduce sentence as moot because prisoner was thereafter released from custody) (*citing DeFunis v. Odegaard*, 416 U.S. 312, 316-17 (1974) (*per curiam*)).  And, in any event, the Court can no longer grant relief to White in light of his transfer outside of this district. *White v. Gilley*, No. 6:23-

CV-110-CHB, 2023 WL 5987206, at *2-3 (E.D. Ky. Sept. 13, 2023) (*citing Ex parte Endo*, 323 U.S. 283, 304-06 (1944)).  The Court will therefore deny the petition in light of post-filing developments.

Accordingly, it is **ORDERED** as follows:

1. Kevis White's habeas corpus petition, [R. 1], is **DENIED**.

2. This action is **STRICKEN** from the docket.

Entered:  December 10, 2025.

Signed By:
*Karen K. Caldwell*
**United States District Judge**